# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MACNEILLE, ROBERT A.               § Case No. 08-19361
                                          §
                                          §
Debtors                                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 42,189.14 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 42,189.14 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH R. VOILAND | $ 4,968.91 | $ 935.02 |
| *Attorney for trustee* | Joseph R. Voiland | $ 4,159.50 | $ 15.96 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 750.00 | $ |
| *Fees,* | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $434,991.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | Internal Revenue Service | $ 1,371.35 | $ 1,371.35 |
| | Internal Revenue Service | $ 340.09 | $ 340.09 |
| | Internal Revenue Service | $ 79.54 | $ 79.54 |
| | Illinois Department of Revenue | $ 164.56 | $ 164.56 |
| | Internal Revenue Service | $ 79.54 | $ 4.79 |
| | Internal Revenue Service | $ 340.09 | $ 20.49 |
| 1 | Anthony Wayne Millim | $ 1,231.40 | $ 1,231.40 |
| 8P | Illinois Department of Revenue | $ 68,771.08 | $ 4,142.92 |
| 9 | Margaret M Murphy | $ 321.75 | $ 321.75 |
| 13 | CHARLES D. JERALDS | $ 1,216.71 | $ 1,216.71 |
| 20 | Department of Treasury | $ 360,315.57 | $ 21,706.17 |
| 21 | JAN CHOJNACKI | $ 759.98 | $ 759.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (4/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 198,067.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3-2 | CHASE BANK USA, NA | $ 77,125.71 | $ 0.00 |
| 4 | CRYSTAL CABINET WORKS IN | $ 28,691.79 | $ 0.00 |
| 8U | Illinois Department of Revenue | $ 8,657.00 | $ 0.00 |
| 10 | RUGBY IPD CORP | $ 6,845.44 | $ 0.00 |
| 18 | Denker & Muscarello, LLC | $ 20,725.33 | $ 0.00 |
| 22 | DALTILE | $ 56,022.56 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 01/28/2010 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  12/12/2009             By:  /s/JOSEPH R. VOILAND
                                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 3                  Date Rcvd: Dec 14, 2009
Case: 08-19361                Form ID: pdf006              Total Noticed: 135

The following entities were noticed by first class mail on Dec 16, 2009.
db         +Robert A. MacNeille,    36W280 Ferson Creek Road,    Saint Charles, IL 60174-1162
aty        +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
aty        +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
12478231   +4TH DIMENSION MEDIA, INC.,    W298 N1004 SAINT JAMES WAY,    WAUKESHA, WI 53186-9464
12478232   +4TH DIMENSION MEDIA, INC.,    ATTEN:ROBIN WESSLEY,    3738 COUNTY ROAD 40 A,
             AUBURN, IN 46706-9792
12478233   +ACCOUNTEMPS,    12400 COLLECTIONS CENTER DRIVE,    CHICAGO, IL 60693-0124
12478234   +ACCURATE REPRO,    29W130 BUTTERFILED ROAD #103,    WARRENVILLE, IL 60555-2829
12478237   +AETNA PLYWOOD INC.,    1401 ST. CHARLES ROAD,    MAYWOOD, IL 60153-1208
12478238    AFLAC,    1932 WYNNTON ROAD,    COLUMBUS, GA 31999-0001
12478239   +ALL TILE INC,    1201 CHASE AVENUE,    ELK GROVE VILLAGE, IL 60007-4837
12478240   +ALNO INC,    13984 BALBOA BLVD.,    SYLMAR, CA 91342-1086
12478242   +AMERHART INDUSTRIAL,    400 MARSHVIEW DRIVE,    SUN PRAIRIE, WI 53590-2969
12478241    AMERICAN EXPRESS,    SUITE 0002,    CHICAGO, IL 60679-0002
12478243   +AMERIFLEX,    FINANCE DEPARTMENT,    303 FELLOWSHIP ROAD-SUITE 201,    MOUNT LAUREL, NJ 08054-1212
12478244   +ATLAS SAW AND TOOL INC.,    1215 KARL COURT,    SUITE 204,    WAUCONDA, IL 60084-1091
12938566    Anthony Wayne Millim,    220A Hillcrest Ave,    Yorkville, IL 60560
12478247   +BAER SUPPLY COMPANY,    909 FOREST EDGE DRIVE,    VERNON HILLS, IL 60061-3149
12478306   +BYRON C. PATTON, JR.,    C/O STEPHEN C. RYD SUITE 3550,    TWENTY NORTH WACKER DRIVE,
             CHICAGO, IL 60606-2806
12478248    BainUltra,    956 CHEMIN OLIVIER,    ST NICHOLAS, QUEBEC,    CANADA,    G7A2N1
12478249   +CARDELL CABINETRY,    3215 NORTH PAN AM EXP,    SAN ANTONIO, TX 78219-2393
12478286   +CHARLES D. JERALDS,    1201 N. 14TH STREET,    DE KALB, IL 60115-2527
12478250    CHARLESTOWNE PAYROLL ACCOUNT,    ACT 7241 FIRST CHOICE BANK,    SAINT CHARLES, IL 60174
12978262   +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14349709    CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12478295   +CITI AADVANTAGE,    PO BOX 6309,    THE LAKES, NV 88901-6309
12478254   +CITY OF ELMHURST,    209 NORTH YORK ROAD,    ELMHURST, IL 60126-2755
12478255   +CLIFFSIDE INDUSTRIES LTD,    60 WRIGHT AVENUE,    LITITZ, PA 17543-9343
12478256   +COUNTRY GAS COMPANY,    P.O BOX 269,    WASCO, IL 60183-0269
12478257   +CRYSTAL CABINET WORKS IN,    1100 CRYSTAL DRIVE,    PRINCETON, MN 55371-3368
12525120   +Charlestowne Kitchen & Bath, Inc.,    1519 E. Main St.,    Saint Charles, IL 60174-2391
12525121    Chase,    Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
12525122   +Crystal Cabinet Works,    1100 Crystal Drive,    Princeton, MN 55371-3368
12478260    DALTILE,    P.O. BOX 70671,    CHICAGO, IL 70671
12478259   +DALTILE,    1601 PRATT AVENUE,    ELK GROVE VILLAGE, IL 60007-5716
12478298   +DANIEL F. MASSA,    138 N. MELROSE AVENUE,    ELMHURST, IL 60126-2422
12478261    DELUXE BUSINESS FORMS,    PO BOX 742572,    CINCINNATI, OH 45274-2572
12478246    DEX,    8519 INNOVATION WAY,    CHICAGO, IL 60682-0085
12478245   +DEX / AT&T YELLOW PAGES,    ATTEN: CUSTOMER CARE,    1615 BLUFF CITY HIGHWAY,
             BRISTOL, TN 37620-6055
12478235   +DG ACE HARDWARE,    2881 CLARK ROAD #6,    SARASOTA, FL 34231-6200
12525123   +Deborah Ashen,    217 N. Jefferson St. , Ste. 600,    Chicago, IL 60661-1114
13610885   +Denker & Muscarello, LLC,    4N701 School Road,    St Charles, IL 60175-6508
12478263    EAST-TECK OFFICE SOLUTIO,    PO BOX 4330,    SAINT CHARLES, IL 60174-9075
12478262   +EAST-TECK OFFICE SOLUTIO,    1815 WALLACE AVE,    SUITE 307,    SAINT CHARLES, IL 60174-3421
12478264   +EXCALIBUR TECHNOLOGY CORP.,    700 FOX GLEN,    BARRINGTON, IL 60010-1852
12478265    FED EX,    PO BOX 94515,    PALATINE, IL 60094-4515
12478266   +FEDEX FREIGHT,    3883 BUTTERFIELD,    AURORA, IL 60502-6893
12478267    FERGUSON ENTERPRISES, INC. #1550,    140 SOUTH MITCHELL COURT,    ADDISON, IL 60101-1427
12478268   +FIRST CHOICE BANK,    2000 WEST STATE STREET, SUITE E,    GENEVA, IL 60134-3696
12478270   +FLEETWASH, INC.,    P.O. BOX 36014,    NEWARK, NJ 07188-6014
12478269   +FLEETWASH, INC.,    1025 RURAL STREET,    AURORA, IL 60505-2509
12478271   +FORT DEARBORN LIFE INS CO,    36788 EAGLE WAY,    CHICAGO, IL 60678-0001
12478272   +FOX VALLEY DOOR INC.,    365 WOODBURY ST,    SOUTH ELGIN, IL 60177-1367
12478273   +FOX VALLEY FORK LIFT,    2851 DUKANE DRIVE,    SAINT CHARLES, IL 60174-3345
12525124    Ferguson Enterprises, Inc.,    140 S. Mitchell Ct.,    Addison, IL 60101-1427
12525125   +First Choice Bank,    1650 E. Main St.,    Saint Charles, IL 60174-2373
12478274   +GATCO, INC.,    1550 FACTOR AVENUE,    SAN LEANDRO, CA 94577-5616
12478275   +GLOBAL MARBLE & GRANITE,    250 GERRI LANE,    ADDISON, IL 60101-5010
12478276    GRANITE TOOL SUPPLY,    3108 SOUTH ROUTE, SUITE 124-110,    NAPERVILLE, IL 60564
12525126   +General Electric Captial Corp.,    1415 W. 22nd St. , Ste. 400,    Oak Brook, IL 60523-2023
12478277   +HARTSON KENNEDY,    P O BOX 3095,    MARION, IN 46953-0095
12478278   +HELIX PROFESSIONAL TOOLS,    P.O. BOX 3095,    BUFFALO GROVE, IL 60089-5003
12478279   +HOME BUILDERS OF GREATER,    555 S. RANDALL ROAD,    SUITE 201,    SAINT CHARLES, IL 60174-5918
12478280    HSBC BUSINESS SOLUTIONS,    PO BOX 5219,    CAROL STREAM, IL 60197-5219
12478281    HYPHEN SOLUTIONS LTD,    PO BOX 849936,    DALLAS, TX 75284-9936
12478282   +HYPHEN SOLUTIONS LTD,    5055 KELLER SPRINGS #200,    ADDISON, TX 75001-6209
12525127   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
             100 W. Randolph St.,    Chicago, IL 60106)
12525128   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court:  Internal Revenue Service,    230 S. Dearborn St.,,    Mail Stop 5010 CHI,
             Chicago, IL 60604)
12478283    Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12478285   +J.C. LICHT COMPANY,    320 W. FULLERTON AVE., SUITE 200,    CAROL STREAM, IL 60188-1866
12478284   +JAECKLE WHOLESALE,    4101 OWL CREEK DRIVE,    MADISON, WI 53718-4407
12478329   +JAMES R. STOCK,    1544 CHAT COURT,    NAPERVILLE, IL 60565-1331
12478251   +JAN CHOJNACKI,    4N384 SAMUEL CLEMENS,    SAINT CHARLES, IL 60175-6513
```

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                   Date Rcvd: Dec 14, 2009
Case: 08-19361                 Form ID: pdf006              Total Noticed: 135

12478288      +JOHN HANCOCK FINANCIAL,    ATTN:KRIS BUDZINSKI,    ONE E 22ND ST. SUITE 120,
               LOMBARD, IL 60148-4975
12478321      +JOHN M SKLENAR,   6S398 OLD EOLA RD,    P.O. BOX 92,    EOLA, IL 60519-0092
12478290       KITCHEN CRAFT CABINETRY,    1180 SPRINGFIELD ROAD,    WINNIPEG,    MANITOBA,    CANADA, R2C2Z2
12478289       KITCHEN CRAFT OF CANADA,    75 REMITTANCE DRIVE, SUITE# 6341,    CHICAGO, IL 60675-6341
12478292       KRAFTMAID / MASCO CABINET,    15535 S. STATE AVE.,    MIDDLEFIELD, OH 44062
12478293      +LEAD 'N GLASS LTD,    2039 FOSTER AVE., SUIT A,    WHEELING, IL 60090-6513
12478294       LEGACY CABINETS, INC,    LOCK BOX # 933777,    P.O. BOX 933777,    ATLANTA, GA 31193-3777
12478296      +MARBLE & GRANITE SUPPLY OF ILLINOIS,    1225 HARTREY AVENUE,    EVANSTON, IL 60202-1056
12478297      +MASCO,   300 S. CARROL RD,    INDIANAPOLIS, IN 46229-3959
12478291       MASCO RETAIL CABINET GROUP,    BANK OF AMERICA,    P.O. BOX 198192,    ATLANTA, GA 30384-8192
12478299      +MEDINA BUILDERS,    17W050 WOODLAND,    BENSENVILLE, IL 60106-2867
12478300      +MIDDLETON'S THE SPINDLE,    5038 PAYSHERE CIRCLES,    CHICAGO, IL 60674-0050
12478301       MIDDLETON'S THE SPINDLE,    15575 RACE STREET,    COLDWATER, MI 49036
12478302      +MUELLER & CO., LLP,    2560 FOXFIELD ROAD,    SUITE 300,    SAINT CHARLES, IL 60174-5731
13028351      +Margaret M Murphy,    745 W Fabyan Parkway,    Geneva, IL 60134-3125
13538998      +Middletons LLC,    575 Race St,    Coldwater, MI 49036-2121
12478304       NORTHERN SAFETY CO.INC.,    PO BOX 4250,    UTICA, NY 13504-4250
12478258      +PADDOCK PUBLICATIONS, INC.,    P.O. BOX 3204,    ARLINGTON HEIGHTS, IL 60006-3204
12478305      +PARKSITE INC,    1563 HUBBARD STREET,    BATAVIA, IL 60510-1419
12478313      +PAUL PTAK,    33182 N. ISLAND AVE,    GRAYSLAKE, IL 60030-1719
12478307      +PAUL WHITE BUILDERS,    505 MAPLE,    BATAVIA, IL 60510-1207
12478308       PENSKE TRUCK LEASING,    P.O. BOX 802577,    CHICAGO, IL 60680-2577
12478310      +PERFORMANCE ABRASIVES,    9580 WAYNE AVENUE,    CINCINNATI, OH 45215-2252
12478312      +PITNEY BOWES,    RESERVE ACCOUNT,    P.O. BOX 856056,    LOUISVILLE, KY 40285-6056
12478311      +PITNEY BOWES,    PO BOX 856390,    LOUISVILLE, KY 40285-6390
12478314      +QUALIFIED PLAN CONSULTANTS,    4348 114TH STREET,    GEMINI BUILDING,    URBANDALE, IA 50322-5408
12525131       R.J. Tidwell Industries, Inc.,    3 215 N. Pan Am Exp,    San Antonio, TX 78220
12478315       ROYAL OFFICE PRODUCTS,    P.O. BOX 2403,    BEDFORD PARK, IL 60499-2403
12478316       RUGBY IPD CORP,    P O BOX 52664,    PHOENIX, AZ 85072-2664
12478317      +RUGBY IPD CORP,    747 CHASE AVE,    ELK GROVE VILLAGE, IL 60007-4803
12478318      +SANDPAPER INCORPORATED,    P O BOX 2579,    GLEN ELLYN, IL 60138-2579
12478287       SECRETARY OF STATE LICENSE RENEWAL,    3701 WINCHESTER RD,    SPRINGFIELD, IL 62707-9700
12478319      +SENO TRUCKING,    4926 VILLAGE WAY,    SAN ANTONIO, TX 78218-3841
12478320      +SIGNATURE BRASS,    22809 MUSTANG RD,    UNIT A,    FRANKFORT, IL 60423-2560
12478322      +SKULLY GROUP,    DENNIS SKULBORSTAD,    334 COLONIAL CIRCLE,    GENEVA, IL 60134-3636
12478323      +SMDS--(SILESTONE),    5649 WEST 31ST STREET,    CICERO, IL 60804-3801
12478325      +STALWART SYSTEMS,LLC,    7777 NORTH CALDWELL AVENUE,    NILES, IL 60714-3382
12478326       STAPLES BUSINESS ADVANTAGE,    DEPT DET 2368,    P.O. BOX 83689,    CHICAGO, IL 60696-3689
12478327      +STEINER ELECTRIC COMPANY,    2665 PAYSHERE CIRCLE,    CHICAGO, IL 60674-0026
12478328      +STEINER ELECTRIC COMPANY,    1250 Touhy Ave,    Elk Grove Village, IL 60007-4985
12478330      +STONE DESIGN INC,    598 MITCHELL ROAD,    GLENDALE HEIGHTS, IL 60139-2581
12478331      +SUNSHINE LIGHTING INC.,    2312 W. MAIN ST,    SAINT CHARLES, IL 60175-1061
12478324      +SomerCor 504Inc.,    601 South LaSalle,    Suite 510,    CHICAGO, IL 60605-1725
12525132      +SomerCor504, Inc.,    Two East 8th St.,    Chicago, IL 60605-2165
12478332      +TOP KNOBS (USA) INC,    PO BOX 779,    BELLE MEAD, NJ 08502-0779
12478333      +TRI-STONE,    1951 EAST TOUHY AVENUE,    ELK GROVE VILLAGE, IL 60007-5315
12478334      +U-LINE,    2200 S. LAKESIDE,    WAUKEGAN, IL 60085-8311
12478335       UNITED PARCEL SERVICE,    PO BOX 577,    CAROL STREAM, IL 60132-0577
12478336      +VALLEY LINEN SUPPLY,    PO BOX 0547,    562 SOUTH RIVER STREET,    AURORA, IL 60506-5599
12478337       VISA CHASE CARD SERVICES,    PO BOX 15153,    WILMINGTON, DE 19886-5153
12478338       VISA SOUTHWEST AIRLINES,    PO BOX 50882,    HENDERSON, NV 89016-0882
12478339       WERNER ENTERPRISES INC,    39357TREASURY CENTER,    CHICAGO, IL 60694-9300
12478340      +WESLEY TOOLS LTD.,    346 MAPLE AVENUE,    WESTBURY, NY 11590-3252
12478341      +WEST SUBURBAN LIVING,    775 CHURCH RD,    PO BOX 111,    ELMHURST, IL 60126-0111
12478342       WOODPRO CABINETRY INC,    330 WALNUT,    PO BOX 70,    CABOOL, MO 65689-0070
12478343      +WOODWORKS,    6483 OAKHILL DRIVE,    STILLMAN VALLEY, IL 61084-9625
12525134       Wamu,    POB 663487,    Dallas, TX 75266
12525135      +Zion's Bank,    One South Main, Ste. 1134,    Salt Lake City, UT 84133-1109
12525136      +Zions Bak,    One South Main St., Ste. 1400,    Salt Lake City, UT 84133-1109
The following entities were noticed by electronic transmission on Dec 14, 2009.
12478253       E-mail/Text: citjaxbankruptcy@cit.com                           CIT TECHNOLOGY FIN SERV INC.,
               P.O. BOX 550599,    JACKSONVILLE, FL 32255-0599
12478252       E-mail/Text: citjaxbankruptcy@cit.com                           CIT TECHNOLOGY FIN SERV INC.,
               21146 NETWORK PLACE,    CHICAGO, IL 60673-1211
12478303      +E-mail/Text: bankrup@nicor.com                           NICOR GAS,    PO BOX 416,
               AURORA, IL 60568-0001
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12478236       AETNA PLYWOOD INC.,    LOCKBOX 774315,    4315 SOLUTIONS CENTER
13616425       Department of Treasury,    Internal Revenue Service,    Centralized Insolvency Opeations,
               P.O. Box 21126
12525119*     +Aetna Plywood, Inc.,    1401 St. Charles Road,    Maywood, IL 60153-1208
12525129*      Kraftmaid/Masco Cabinet,    15535 S. State Ave.,    Middlefield, OH 44062
12478309*      PENSKE TRUCK LEASING,    P.O. BOX 802577,    CHICAGO, IL 60680-2577
12525130*     +Parksite, Inc.,    1563 Hubbard,    St. Batavia, IL 60510-1419
12525133*     +Stone Design, Inc.,    598 Mitchell Rd.,    Glendale Heights, IL 60139-2581
12478344*     +WOODWORKS,    6483 OAKHILL DRIVE,    STILLMAN VALLEY, IL 61084-9625
                                                                                              TOTALS: 2, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: dwilliams           Page 3 of 3                  Date Rcvd: Dec 14, 2009
Case: 08-19361                Form ID: pdf006           Total Noticed: 135
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2009**                          **Signature:**    _Joseph Speetjens_