**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: MACNEILLE, ROBERT A.                     § Case No. 08-19361
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $135,356.00 | Assets Exempt: $153,055.00 |
| Total Distribution to Claimants: $31,365.17 | Claims Discharged Without Payment: $603,043.14 |
| Total Expenses of Administration: $10,829.39 | |

3) Total gross receipts of $ 42,194.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $42,194.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,829.39 | 10,829.39 | 10,829.39 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 796,625.00 | 436,861.97 | 31,365.17 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 435,841.15 | 198,067.83 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,243,295.54 | $645,759.19 | $42,194.56 |

    4) This case was originally filed under Chapter 7 on July 28, 2008.
. The case was pending for 24 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2010     By: /s/JOSEPH R. VOILAND
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| real estate - 36W280 Ferson Creek Rd., St. Char. | 1110-000 | 13,750.00 |
| stock - Barra Properties, LLC (2% interest) | 1129-000 | 5,000.00 |
| Whitsett Trust (12.5% interest) | 1129-000 | 7,500.00 |
| Keystone Ltd Partnership (10% interest) | 1129-000 | 15,923.43 |
| Interest Income | 1270-000 | 21.13 |
| **TOTAL GROSS RECEIPTS** | | **$42,194.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 4,968.91 | 4,968.91 | 4,968.91 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 935.02 | 935.02 | 935.02 |
| Clerk of the Bankruptcy Court, ND, IL | 2700-000 | N/A | 750.00 | 750.00 | 750.00 |
| Joseph R. Voiland | 3110-000 | N/A | 4,159.50 | 4,159.50 | 4,159.50 |
| Joseph R. Voiland | 3220-000 | N/A | 15.96 | 15.96 | 15.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 10,829.39 | 10,829.39 | 10,829.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5300-000 | N/A | N/A | 447.81 | 447.81 |
| Internal Revenue Service | 5300-000 | N/A | N/A | 1,805.70 | 1,805.70 |
| Internal Revenue Service | 5300-000 | N/A | N/A | 104.73 | 104.73 |
| Illinois Department of Revenue | 5300-000 | N/A | N/A | 216.68 | 216.68 |
| Internal Revenue Service | 5800-000 | N/A | N/A | 104.73 | 5.89 |
| Internal Revenue Service | 5800-000 | N/A | N/A | 447.81 | 25.16 |
| Anthony Wayne Millim | 5300-000 | N/A | 1,913.60 | 1,231.40 | 1,231.40 |
| Illinois Department of Revenue | 5800-000 | N/A | 68,771.08 | 68,771.08 | 3,864.40 |
| Margaret M Murphy | 5300-000 | N/A | 500.00 | 321.75 | 321.75 |
| CHARLES D. JERALDS | 5300-000 | N/A | 1,890.78 | 1,216.71 | 1,216.71 |
| Department of Treasury | 5800-000 | N/A | 360,315.57 | 0.00 | 0.00 |
| Department of Treasury | 5800-000 | N/A | 360,315.57 | 360,315.57 | 20,246.94 |
| JAN CHOJNACKI | 5300-000 | N/A | 1,181.00 | 759.98 | 759.98 |
| Steven MacInnis | 5300-000 | N/A | 1,737.40 | 1,118.02 | 1,118.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 796,625.00 | 436,861.97 | 31,365.17 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SUNSHINE LIGHTING INC. | 7100-000 | N/A | 159.00 | 0.00 | 0.00 |
| CHASE BANK USA, NA | 7100-000 | N/A | 77,125.71 | 0.00 | 0.00 |
| CHASE BANK USA, NA | 7100-000 | N/A | 77,125.71 | 77,125.71 | 0.00 |
| CRYSTAL CABINET WORKS IN | 7100-000 | N/A | 28,691.79 | 28,691.79 | 0.00 |
| ALL TILE INC | 7100-000 | N/A | 3,003.14 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| STONE DESIGN INC | 7100-000 | N/A | 2,190.27 | 0.00 | 0.00 |
| TRI-STONE | 7100-000 | N/A | 9,996.14 | 0.00 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 8,657.00 | 8,657.00 | 0.00 |
| RUGBY IPD CORP | 7100-000 | N/A | 6,845.44 | 6,845.44 | 0.00 |
| HARTSON KENNEDY | 7100-000 | N/A | 11,202.51 | 0.00 | 0.00 |
| STALWART SYSTEMS,LLC | 7100-000 | N/A | 1,750.00 | 0.00 | 0.00 |
| Middletons LLC | 7100-000 | N/A | 7,319.99 | 0.00 | 0.00 |
| 4TH DIMENSION MEDIA, INC. | 7100-000 | N/A | 190.00 | 0.00 | 0.00 |
| NORTHERN SAFETY CO.INC. | 7100-000 | N/A | 292.24 | 0.00 | 0.00 |
| PARKSITE INC | 7100-000 | N/A | 121,741.08 | 0.00 | 0.00 |
| Denker & Muscarello, LLC | 7100-000 | N/A | 20,725.33 | 20,725.33 | 0.00 |
| DALTILE | 7100-000 | N/A | 56,022.56 | 56,022.56 | 0.00 |
| BainUltra | 7100-000 | N/A | 1,566.50 | 0.00 | 0.00 |
| STEINER ELECTRIC COMPANY | 7100-000 | N/A | 1,236.74 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 435,841.15 | 198,067.83 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-19361  **Trustee:** (330380) JOSEPH R. VOILAND
**Case Name:** MACNEILLE, ROBERT A. **Filed (f) or Converted (c):** 07/28/08 (f)
  **§341(a) Meeting Date:** 08/25/08
**Period Ending:** 08/14/10  **Claims Bar Date:** 03/09/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | real estate - 36W280 Ferson Creek Rd., St. Char. | 187,500.00 | 0.00 | | 13,750.00 | FA |
| 2 | cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking acct - Old 2nd National Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | wearing apparel | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | IRA | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 401 K | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | stock - Charlestown Kitchen & Bath, Inc. | 1.00 | 0.00 | DA | 0.00 | FA |
| 9 | stock - Barra Properties, LLC (2% interest) | 1.00 | 0.00 | | 5,000.00 | FA |
| 10 | life insurance - Prudential | 10,577.00 | 0.00 | DA | 0.00 | FA |
| 11 | life insurance - Northern | 14,770.00 | 0.00 | DA | 0.00 | FA |
| 12 | life insurance - Mass Mutual | 14,065.00 | 0.00 | DA | 0.00 | FA |
| 13 | life insurance - Mass Mutual | 12,471.00 | 0.00 | DA | 0.00 | FA |
| 14 | life insurance - Mass Mutual | 2,357.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1997 GMC Jimmy | 1,215.00 | 0.00 | DA | 0.00 | FA |
| 16 | Whitsett Trust (12.5% interest) | 1,000.00 | 0.00 | | 7,500.00 | FA |
| 17 | Keystone Ltd Partnership (10% interest) | 1,000.00 | 0.00 | | 15,923.43 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 21.13 | FA |
| 18 | Assets Totals (Excluding unknown values) | **$324,857.00** | **$0.00** | | **$42,194.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** October 15, 2009  **Current Projected Date Of Final Report (TFR):** December 12, 2009 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-19361 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | MACNEILLE, ROBERT A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****89-65 - Money Market Account |
| Taxpayer ID #: | **-***0571 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 08/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/08 | {1} | Diane E. MacNeille | proceeds from sale of trustee's interest in real estate | 1110-000 | 13,750.00 | | 13,750.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.03 | | 13,750.03 |
| 12/30/08 | {17} | Keystone Limited Partnership | final distribution of partnership assets | 1129-000 | 15,923.43 | | 29,673.46 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 29,674.43 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.18 | | 29,675.61 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.13 | | 29,676.74 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.29 | | 29,678.03 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.21 | | 29,679.24 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 29,680.41 |
| 06/04/09 | | Old Second | purchase proceeds | | 12,500.00 | | 42,180.41 |
| | {16} | | purchase proceeds per   7,500.00<br>Court order of 5/28/2009 | 1129-000 | | | 42,180.41 |
| | {9} | | purchase proceeds per   5,000.00<br>court order of 5/28/09 | 1129-000 | | | 42,180.41 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.75 | | 42,182.16 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 42,183.93 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 42,185.70 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.72 | | 42,187.42 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.72 | | 42,189.14 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 42,190.91 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.77 | | 42,192.68 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.66 | | 42,194.34 |
| 02/03/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.22 | | 42,194.56 |
| 02/03/10 | | To Account #********8966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 42,194.56 | 0.00 |
| | | | ACCOUNT TOTALS | | 42,194.56 | 42,194.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 42,194.56 | |
| | | | **Subtotal** | | **42,194.56** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,194.56** | **$0.00** | |

{} Asset reference(s)                              Printed: 08/14/2010 10:28 AM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-19361  
**Case Name:** MACNEILLE, ROBERT A.  
**Taxpayer ID #:** **-***0571  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****89-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/03/10 | | From Account #********8965 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 42,194.56 | | 42,194.56 |
| 02/04/10 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $935.02, Trustee Expenses;  Reference: | 2200-000 | | 935.02 | 41,259.54 |
| 02/04/10 | 102 | Joseph R. Voiland | Dividend paid 100.00% on $4,159.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,159.50 | 37,100.04 |
| 02/04/10 | 103 | Joseph R. Voiland | Dividend paid 100.00% on $15.96, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 15.96 | 37,084.08 |
| 02/04/10 | 104 | JOSEPH R. VOILAND | Dividend paid 100.00% on $4,968.91, Trustee Compensation;  Reference: | 2100-000 | | 4,968.91 | 32,115.17 |
| 02/04/10 | 105 | Clerk of the Bankruptcy Court, ND, IL | Dividend paid 100.00% on $750.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 750.00 | 31,365.17 |
| 02/04/10 | 106 | Internal Revenue Service | Dividend paid 100.00% on $1,805.70; Filed: $0.00 for Federal W/H | 5300-000 | | 1,805.70 | 29,559.47 |
| 02/04/10 | 107 | Internal Revenue Service | Dividend paid 100.00% on $447.81; Filed: $0.00 for FICA | 5300-000 | | 447.81 | 29,111.66 |
| 02/04/10 | 108 | Internal Revenue Service | Dividend paid 100.00% on $104.73; Filed: $0.00 for Medicare | 5300-000 | | 104.73 | 29,006.93 |
| 02/04/10 | 109 | Illinois Department of Revenue | Dividend paid 100.00% on $216.68; Filed: $0.00 for State W/H | 5300-000 | | 216.68 | 28,790.25 |
| 02/04/10 | 110 | Anthony Wayne Millim | Dividend paid 100.00% on $1,231.40; Claim# 1; Final distribution | 5300-000 | | 1,231.40 | 27,558.85 |
| 02/04/10 | 111 | Margaret M Murphy | Dividend paid 100.00% on $321.75; Claim# 9; Final distribution | 5300-000 | | 321.75 | 27,237.10 |
| 02/04/10 | 112 | CHARLES D. JERALDS | Dividend paid 100.00% on $1,216.71; Claim# 13; Final distribution | 5300-000 | | 1,216.71 | 26,020.39 |
| 02/04/10 | 113 | JAN CHOJNACKI | Dividend paid 100.00% on $759.98; Claim# 21; Final distribution | 5300-000 | | 759.98 | 25,260.41 |
| 02/04/10 | 114 | Steven MacInnis | Dividend paid 100.00% on $1,118.02; Claim# 25; Final distribution | 5300-000 | | 1,118.02 | 24,142.39 |
| 02/04/10 | 115 | Internal Revenue Service | Dividend paid   5.61% on $447.81; Filed: $0.00 for FICA | 5800-000 | | 25.16 | 24,117.23 |
| 02/04/10 | 116 | Internal Revenue Service | Dividend paid   5.61% on $104.73; Filed: $0.00 for Medicare | 5800-000 | | 5.89 | 24,111.34 |
| 02/04/10 | 117 | Illinois Department of Revenue | Dividend paid   5.61% on $68,771.08; Claim# 8P; Final distribution | 5800-000 | | 3,864.40 | 20,246.94 |
| 02/04/10 | 118 | Department of Treasury | Dividend paid   5.61% on $360,315.57; Claim# 20; Final distribution | 5800-000 | | 20,246.94 | 0.00 |

Subtotals :  $42,194.56    $42,194.56

{} Asset reference(s)

Printed: 08/14/2010 10:28 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-19361  
**Case Name:** MACNEILLE, ROBERT A.  
**Taxpayer ID #:** **-***0571  
**Period Ending:** 08/14/10

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****89-66 - Checking Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 42,194.56 | 42,194.56 | $0.00 |
| | | | Less: Bank Transfers | | 42,194.56 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 42,194.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$42,194.56** | |

{} Asset reference(s)

Printed: 08/14/2010 10:28 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 08-19361 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MACNEILLE, ROBERT A. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******89-66 - Checking Account |
| **Taxpayer ID #:** | **-***0571 | | **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Period Ending:** | 08/14/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****89-65** | 42,194.56 | 0.00 | 0.00 |
| **Checking # ***-*****89-66** | 0.00 | 42,194.56 | 0.00 |
| **Checking # 9200-******89-66** | 0.00 | 0.00 | 0.00 |
| | **$42,194.56** | **$42,194.56** | **$0.00** |

{} Asset reference(s)

Printed: 08/14/2010 10:28 AM    V.12.08